THE KANSAS CITY & SOUTHWESTERN RAILROAD COMPANY v. W. J. ORR.

ACTION to recover damages for a railroad right-of-way. Judgment for $1,600 for the plaintiff *Orr*, at the October term, 1886, of the district court of Cowley county. The defendant *Railroad Company* brings the case here.

*Jos. O'Hare*, for plaintiff in error.

*Peckham & Henderson*, for defendant in error.

*Per Curiam:* The judgment in this case must be affirmed. First: As to the competency of opinion evidence given by

farmers with respect to the value of land in their neighborhood, see as follows: *K. C. & S. W. Rld. Co. v. Ehret*, ante, p. 22; same case, 20 Pac. Rep. 538, and authorities there cited. *K. C. & S. W. Rld. Co. v. Baird,* just decided; Lewis on Eminent Domain, §§ 435, 437, and cases there cited.

Second: With respect to the special interrogatories asked to be submitted, no error was committed and no exception taken.

Third: The instruction given with reference to the measure of damages, was correct. (*L. & W. Rld. Co. v. Ross*, 40 Kas. 598; same case, 20 Pac. Rep. 197.)

Fourth: The instruction given with respect to farm-crossings was correct. The *K. C. & S. W. Rld. Co. v. Baird,* ante; *K. C. & S. W. Rld. Co. v. Ehret,* ante, p. 22.

The judgment of the court below will be affirmed.